IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-mj-29 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Dustin Feather, | ) | |
| | ) | |
| Defendant. | ) | |

Following a referral from the undersigned judge, Defendant Dustin Feather appeared
before the Magistrate Judge for a hearing on alleged violations of conditions of probation.  The
Court has received a Report and Recommendation from the Honorable Karen K. Klein, United
States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Feather's probation be
modified according to the terms agreed upon by the parties (Doc. #22).  The parties have waived
their right to object to the Report and Recommendation.

The Court has reviewed the Report and Recommendation, along with the entire file, and
finds the Magistrate Judge's recommendations are appropriate.  Accordingly, the Court hereby
adopts the Report and Recommendation in its entirety.  For the reasons set forth therein, the
Court finds Feather violated special conditions # 1, #2, and #3 of probation as set forth in the
Petition.  The Court, therefore, **ORDERS** as follows:

(1)  Feather shall reside at Centre, Inc. in Fargo, North Dakota for a period of six
months once a bed becomes available, and shall participate in the center's
programs and abide by its rules and regulations;

(2)  Feather's probation shall be extended until August 16, 2013;

(3)  Feather shall undergo a substance abuse evaluation and comply with resulting
counseling or treatment recommendations;

(4)     Feather shall maintain or actively seek employment; and

(5)     Feather shall continue to abide by any supervised release condition not otherwise modified by this Order.


**IT IS SO ORDERED.**

Dated this 1st day of November, 2011.

/s/   Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court